AO 10
Rev. 1/2015

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2014

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| ROSENSTENGEL, NANCY J. | UNITED STATES DISTRICT COURT-EAST ST LOUIS | 04/29/2015 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| FEDERAL JUDGE | ☐ Nomination   Date<br>☐ Initial   ☑ Annual   ☐ Final<br>5b. ☐ Amended Report | 01/01/2014<br>to<br>12/31/2014 |

**7. Chambers or Office Address**

UNITED STATES DISTRICT COURT
MELVIN PRICE FEDERAL BUILDING AND COURTHOUSE
750 MISSOURI AVENUE, ROOM 104
EAST ST. LOUIS, ILLINOIS 62201

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2014 | BONIFIELD AND ROSENSTENGEL, INC. ATTORNEY AT LAW - SALARY |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **ROSENSTENGEL, NANCY J.** | 04/29/2015 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. FCB BANK | MORTGAGE ON LAW FIRM BUILDING-SPOUSE | L |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSENSTENGEL, NANCY J. | 04/29/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. REGIONS BANK | A | Interest | L | T | | | | | |
| 2. BONIFIELD AND ROSENSTENGEL STOCK | A | Dividend | N | W | | | | | |
| 3. HUNTLEIGH IRA AND JOINT ACCT S | C | Int./Div. | L | T | | | | | |
| 4. - SPDR GOLD TRUST | A | Dividend | | | Sold | 10/02/14 | J | A | |
| 5. - FIRST TRUST IND/PROD DURABLE ALP FUND | A | Dividend | J | T | | | | | |
| 6. - POWERSHARES SENIOR LOAN PORTFOLIO | A | Dividend | | | Sold | 08/22/14 | J | A | |
| 7. - FIRST TRUST FINANCIAL ALPHA DEX FUND | A | Dividend | J | T | | | | | |
| 8. ISHARES S&P 500 GROWTH INDEX FUND | A | Dividend | J | T | | | | | |
| 9. - SPDR BARCLAYS SHORT TERM HIGH YIELD BOND | A | Dividend | | | Sold | 10/02/14 | J | A | |
| 10. - ISHARES CORE S&P MIDCAP | A | Dividend | | | Sold | 10/22/14 | J | A | |
| 11. - PROSHARE TRUST SHORT 20+ YR TREASURY | A | Dividend | | | Sold | 10/02/14 | J | A | |
| 12. - FIRST TRUST SMALL CAP CORE ALPHADEX FUND | A | Dividend | | | Sold | 07/25/14 | J | A | |
| 13. - POWERSHARES QQQ TR SERIES 1 | A | Dividend | J | T | | | | | |
| 14. - FIRST TRUST STOXX EUROPEAN SLECT DIV | A | Dividend | J | T | Buy | 07/29/14 | J | | |
| 15. - POWERSHARES KBW PREMIUM YIELD EQUITY | A | Dividend | | | Buy | 08/22/14 | J | | |
| 16. | | | | | Sold | 10/02/14 | J | A | |
| 17. - FRANKLIN CUSTODIAN FDS INCOME SER ADV | A | Dividend | K | T | Buy | 10/07/14 | K | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSENSTENGEL, NANCY J. | 04/29/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. FRANKLIN INCOME FUND A ACCT #2 | A | Dividend | J | T | | | | | |
| 19. BRIGHT STAR EQUITYCL H ACCT #1 BASED 10-11 | A | Dividend | J | T | | | | | |
| 20. BRIGHT STAR EQUITYCL H ACCT #2 BASED 12-14 | A | Dividend | J | T | | | | | |
| 21. BRIGHT STAR EQUITYCL H ACCT #3 BASED 15-17 | A | Dividend | J | T | | | | | |
| 22. UMB ACCT #1 COCA COLA STOCK | A | Dividend | J | T | | | | | |
| 23. UMB ACCT #2 COCA COLA STOCK | A | Dividend | J | T | | | | | |
| 24. UMB ACCT #3 COCA COLA STOCK | A | Dividend | J | T | | | | | |
| 25. EDWARD JONES ACCT #1 PUTNUM MULTI-CAP GROWTH FUND | A | Dividend | J | T | | | | | |
| 26. EDWARD JONES ACCT #2 PUTNUM MULIT-CAP GROWTH FUND | A | Dividend | J | T | | | | | |
| 27. EDWARD JONES ACCT #3 PUTNUM MULTI-CAP GROWTH FUND | A | Dividend | J | T | | | | | |
| 28. BRIGHT START ADVISOR EQUITY H | A | Dividend | K | T | | | | | |
| 29. NML LIFE INSURANCE- WHOLE LIFE | C | Dividend | M | T | | | | | |
| 30. COUNTRY COMPANIES WHOLE LIFE INSURANCE CV | B | Dividend | K | T | | | | | |
| 31. HARTFORD LIFE INSURANCE POLICY -CASH VALUE (X) | B | Dividend | K | T | | | | | |
| 32. JJB PROFIT SHARING PLAN | E | Int./Div. | P1 | T | | | | | |
| 33. - US TREASURY BONDS 7.25% 08/15/22 | B | Interest | | | Sold | 08/13/14 | K | A | |
| 34. - WISDOMTREE US DIV GROWTH FUND | C | Dividend | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSENSTENGEL, NANCY J. | 04/29/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. - PROSHARES TRUST SHORT 20+ TREASURY | A | Dividend | | | Sold | 10/02/14 | L | A | |
| 36. - SPDR GOLD TRUST | A | Dividend | | | Sold | 10/02/14 | K | A | |
| 37. - SPDR BARCLAYS SHORT TERM HIGH YIELD BOND | C | Interest | | | Sold | 10/02/14 | L | A | |
| 38. - SELECT SECTOR SPDR F HEALTH CARE | B | Dividend | M | T | | | | | |
| 39. - POWERSHARES SENIOR LOAN PORTFOLIO | D | Dividend | | | Sold | 07/29/14 | M | A | |
| 40. - MARKET VECTOR TRUST BUSINESS DEVELOPMENT CO | D | Dividend | | | Sold | 10/02/14 | M | A | |
| 41. - FIRST TRUST FUND IV SENIOR LOAN FUND | C | Interest | | | Sold | 10/02/14 | M | A | |
| 42. - FIRST TRUST SMALL CAP CORE ALPHADEXM FUND | A | Dividend | | | Sold | 07/25/14 | M | B | |
| 43. - FIRST TRUST INDUSTRIAL/ PRODUCER DURABLES ALPHADEX FUND | B | Dividend | M | T | | | | | |
| 44. - FIRST TRUST VI MULTI-ASSET DIVERSFIED INCOME INDEX FD | D | Dividend | | | Sold | 01/03/14 | M | A | |
| 45. - JP MORGAN 100% US TREASURY SECURITIES MONEY MARKET | A | Interest | L | T | | | | | |
| 46. | | | | | Sold (part) | 12/30/14 | K | A | |
| 47. - FRANKLIN CUSTODIAN FDS INCOME SER ADV CL AD | D | Dividend | M | T | Buy | 10/07/14 | O | | |
| 48. - CAMBRIA SHAREHOLDER ETF YIELD ETF | C | Dividend | M | T | Buy | 01/03/14 | M | | |
| 49. | | | | | Sold (part) | 10/02/14 | M | C | |
| 50. - FIRST TRUST STOXX ETF EUROPEAN SELECT DIV | B | Dividend | M | T | Buy | 07/31/14 | M | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSENSTENGEL, NANCY J. | 04/29/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 51. - POWERSHARES KBW PREMIUM YIELD EQUITY | B | Dividend | | | Buy | 08/13/14 | M | | |
| 52. | | | | | Sold | 10/02/14 | M | A | |
| 53. - POWERSHARE FD TD TR TR II CEF INCOME | B | Dividend | | | Buy | 08/04/14 | M | | |
| 54. | | | | | Sold | 10/02/14 | M | A | |
| 55. OFFICE PROPERTY, BELLEVILLE, IL, ACQUIRED 12/312012 $150,000 PRICE | D | Rent | M | R | | | | | |
| 56. | | | | | | | | | |
| 57. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **ROSENSTENGEL, NANCY J.** | 04/29/2015 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

LINES 32 THRU 54   JJB PROFIT SHARING PLAN, IS FORMALLY KNOW AS THE JERALD J BONIFIELD PROFIT SHARING PLAN.  THE REPORTING PERSON'S SPOUSE IS A PARTICIPANT AND OWNS COLLECTIVELY 24% OF THE ASSETS OF THE PROFIT SHARING PLAN SHOWN ON PART VII, LINES 32  THRU 54. .  THE  PLAN IS MANAGED BY A PROFESSIONAL INVESTMENT MANAGER AND THE REPORTING PERSON HAS NO KNOWLEDGE OF THE PLAN TRANSACTIONS.   ALL PERSONAL REPORTING ITEMS ARE REFLECTED ON LINES 1 THROUGH 32 ON THE SAME REPORT PAGE OF PART VII..

LINE. 55, COULUMN A, REFLECTS INVESTMENT IN OFFICE BUILDING, COST BASIS $150,000; LOCATED BELLEVILLE, IL; ACQUIRED 12/31/2012.

| Name of Person Reporting | Date of Report |
|---|---|
| ROSENSTENGEL, NANCY J. | 04/29/2015 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: S/ **NANCY J. ROSENSTENGEL**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544